**Order filed October 26, 2012**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-12-00348-CV
_____

**SUSAN MEEK, M.D., Appellant**

**V.**

**ROCKNE ONSTAD INDIVIDUALLY AND D/B/A THE ONSTAD LAW FIRM AND JOYCE STAMP LILLY INDIVIDUALLY AND D/B/A JOYCE STAMP LILLY, RN, JDPC, Appellees**

**On Appeal from the 268th District Court
Fort Bend County, Texas
Trial Court Cause No. 07-DCV-156522**

## ORDER

On September 18, 2012, we ordered Edward Meaux, the court reporter, to file the record in this appeal on or before October 18, 2012. On September 21, 2012, Edward Meaux informed this court he had not received the requested payment for the reporter's record. He also stated he has been unable to locate the exhibits in this case. On September 26, 2012, the parties were notified no payment arrangements had been made for the reporter's record.

On October 11, 2012, appellant offered proof of payment arrangements for the reporter's record that were made before the appeal was abated for mediation. Appellant also offered proof of partial payment for the record in accordance with those arrangements. Appellant acknowledges she was notified by Edward Meaux that he was unable to locate the exhibits but does not ask for any relief regarding the lost exhibits. *See* Tex. R. App. P. 34.6(f).

Accordingly, we order Edward Meaux, the court reporter, to file the record in this appeal within 30 days of this order.

PER CURIAM